THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| VICTOR BUCHI,<br><br>                Plaintiff,<br><br>v.<br><br>EXECUTIVE DIRECTOR NIELSON et al.,<br><br>                Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:22-CV-541-DBB<br><br>District Judge David Barlow |

    Plaintiff has not responded to the November 7, 2022 order to within thirty days show cause why his case should not be dismissed for failing to file his certified six-month inmate account statement, as ordered. (ECF Nos. 4, 6.) Plaintiff was last heard from on August 22, 2022--more than four months ago--when Plaintiff first submitted this action. (ECF Nos. 1-3.)

    **IT IS ORDERED** that, because Plaintiff has neither followed the Court's order, nor prosecuted this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

        DATED this 9th day of January, 2023.

                        BY THE COURT:

                        JUDGE DAVID BARLOW
                        United States District Court